■ In the Matter of Byron A.—Appeal unanimously dismissed as moot, without costs. Memorandum: Because the dispositional order appealed from expired by its own terms on October 24, 1984 and has been replaced by a subsequent order, we dismiss the appeal as moot. However, were we to reach the merits we would affirm *(see generally, Matter of Samuel P.,* 52 AD2d 552, *lv denied* 39 NY2d 708; *cf. Matter of Cecil L.,* 71 AD2d 917, *lv dismissed* 48 NY2d 755; *Matter of Raoul P.,* 27 AD2d 522). (Appeal from order of Erie County Family Court, Manz, J.—juvenile delinquency.) Present—Hancock, Jr., J. P., Callahan, Doerr, Denman and Green, JJ.